No. 306. NEEMAN (FORMERLY DODGE) *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Lawrence R. Condon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *L. W. Post* for respondent.

No. 316. MURRELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Will O. Murrell, Jr.* for petitioner. *Solicitor General Rankin* for the United States.

No. 333. O'ROURKE ET AL. *v.* SILL ET AL. Supreme Court of Michigan. Certiorari denied. Petitioners *pro se. Benjamin Kleinstiver* for respondents.

No. 384. TUSCARORA NATION OF INDIANS, ALSO KNOWN AS TUSCARORA INDIAN NATION, *v.* POWER AUTHORITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. *Arthur Lazarus, Jr.* and *Eugene Gressman* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for the Superintendent of Public Works of New York, and *Thomas F. Moore, Jr., Samuel I. Rosenman, Godfrey Goldmark, Henry S. Manley* and *John R. Davison* for the Power Authority of New York et al., respondents.

No. 258. ALLIED STEVEDORING CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Henry A. Lowenberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Jack M. Cotton* for the United States.